AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FILED IN OPEN COURT
8.2.16
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

United States of America
v.

CHAD THEODORE DILLON

*Defendant(s)*

Case No.  3:16-mj- 1198-MCR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 6, 2016 and July 13, 2016  in the county of  Duval  in the Middle District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Coercion and Enticement |
| 18 U.S.C. 2252(a)(1) | Transportation of a visual depiction the production of which involved the use of a minor engaging in sexually explicit conduct |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Lawrence S. Meyer, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/2/16

_____
*Judge's signature*

City and state:  Jacksonville, Florida    Monte C. Richardson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Lawrence S. Meyer, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed as such since January 1987. Since December 2006, I have been assigned to investigate matters involving the sexual exploitation of children through the use of the Internet. Prior to this assignment, I have served as a supervisor of the Violent Crime Squad, Joint Terrorism Task Force and the Counterintelligence Squad at the Jacksonville Field Office of the FBI. I have a Bachelor's degree in Biology and a Master's degree in Adult Education and Human Resource Development. I have received law enforcement training from the FBI Academy at Quantico, Virginia. I have also received training on various aspects of crimes involving children as victims and Internet investigations. I have received training and have a user certificate to conduct Peer-to-Peer (P2P) investigations using a program to identify individuals who distribute child sexual abuse images. I am currently assigned to the Violent Crimes/Child Exploitation Squad, Jacksonville Field Office, of the FBI and serve as coordinator for the FBI Jacksonville Child Exploitation Task Force, which is comprised of federal, state and local law enforcement agents/officers conducting investigations involving persons who are, among other things, trafficking in and sharing child pornography via the Internet and soliciting children to produce sexually explicit images. In the performance of my duties, I have investigated and assisted in the investigation of matters involving the possession, collection, production, receipt, and/or transportation of images of child pornography and the solicitation and extortion of children to produce sexually explicit images of themselves. I have been involved in searches of residences pertaining to the possession, collection, production, and/or transportation of child pornography through

either the execution of search warrants or through the subject providing written consent to permit a search to be conducted. Specifically, I have investigated and assisted in the prosecution of cases in which persons have used the Internet to have online contact with minors and to entice such minors to produce images and videos of themselves for distribution to the subject persons.

2. I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children, which constituted violations of Title 18, United States Code, Section 2251, which criminalizes the production of and advertisement for child pornography, that is, visual images depicting minors engaged in sexually explicit conduct, Sections 2252 and 2252A, which criminalize the possession, receipt and transmission of child pornography, and 2422, which criminalizes the coercion and enticement of a child to engage in sexual activity, as well as Florida state statutes.

3. The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being submitted for the limited purpose of establishing probable cause for the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that CHAD THEODORE DILLON has committed violations of Title 18, United States Code, Section 2422(b), that is, coercion and enticement of a minor to engage in any sexual activity for which any person can be charged with a criminal offense, and Title 18, United States Code, Section 2252(a)(1), that is, transportation of visual depictions involving the use of a minor engaging in sexually explicit conduct.

2

4. This affidavit is made in support of a complaint against CHAD THEODORE DILLON, that is, on or about July 6, 2016, in Duval County, in the Middle District of Florida and elsewhere, CHAD THEODORE DILLON did, using a facility and means of interstate and foreign commerce, knowingly persuade, induce, entice and coerce a minor to engage in sexual activity, for which any person could be charged with a criminal offense, that is lewd and lascivious battery by engaging in sexual activity with a person 12 years of age or older but less than 16 years of age, in violation of Title 18, United States Code, Section 2422(b), and, on or about July 13, 2016, did transport depictions involving the use of a minor engaging in sexually explicit conduct, which visual depictions have actually been transported and transmitted using a means and facility of interstate commerce, that is, via the Internet, in violation of Title 18, United States Code, Section 2252(a)(1).

5. Florida Department of Law Enforcement (FDLE) Special Agent Matthew Williams told me that, on July 19, 2016, he applied for and obtained a state search warrant for the cellular telephone with the assigned telephone number 850-499-2257 currently in the possession of Chad Dillon located in Jacksonville, Duval County, Florida (Phone Search Warrant). This Phone Search Warrant was issued by the Honorable Russell L. Healey and a copy of the affidavit and Phone Search Warrant, is attached as Exhibit A, and the facts and information contained therein are hereby incorporated by reference.

6. On July 20, 2016, Special Agent Williams and FDLE Special Agent Veronica Edwards approached CHAD THEODORE DILLON at CDA Technical Institute,

3

a commercial diving school in Jacksonville, Florida, and requested he provide his cellular telephone. Upon request and presentation of the Phone Search Warrant, CHAD THEODORE DILLON provided his Samsung S7 Model #SM-G930V, with telephone number 850-499-2257, which the agents seized pursuant to the Telephone Search Warrant.

7. Special Agents Williams and Edwards told me that they provided the telephone to forensic examiners at the FDLE office in Duval County, Florida, who extracted information from it.

8. Among the information extracted is a series of Instant messages occurring between July 6, 2016, and July 18, 2016, between user Hacker_Net and a minor female herein identified as Victim 1 using the Whisper Application, which is a mobile app that allows users to send and receive messages publicly or privately and for a user to share each other's current location with others. The extracted messages begin with what appears to be a private message from Hacker_Net on July 6, 2016 at 2:17:55 AM (UTC+0).

| FROM | TO | Message | Message Date/Time (UTC+0) |
|---|---|---|---|
| Hacker_Net | Victim 1 | Me too…wanna hook up? | 7/6/2016 2:17:55 AM |
| Victim 1 | Hacker_Net | Im 16 | 7/6/2016 2:18:12 AM |
| Hacker_Net | Victim 1 | I'm ok with that if u r | 7/6/2016 2:18:34 AM |
| Victim 1 | Hacker_Net | I don't mind, but im at a hotel with my family. | 7/6/2016 2:18:55 AM |
| Hacker_Net | Victim 1 | Damn…sneak out? | 7/6/2016 2:19:15 AM |
| Victim 1 | Hacker_Net | I probably could. Where do you live | 7/6/2016 2:19:39 AM |
| Hacker_Net | Victim 1 | I'm on main St near Jax zoo…where is ur hotel? | 7/6/2016 2:20:07 AM |
| Victim 1 | Hacker_Net | Ah, not sure tbh. Its | 7/6/2016 2:20:29 AM |

4

| | | comfort suits tho | |
|---|---|---|---|
| Hacker_Net | Victim 1 | LoL...need to know exactly if I'm gunna pick up up baby | 7/6/2016 2:21:58 AM |
| Victim 1 | Hacker_Net | True. May i see what you look like? | 7/6/2016 2:23:02 AM |
| Hacker_Net | Victim 1 | IMAGE FILE SENT | 7/6/2016 2:23:55 AM |
| Hacker_Net | Victim 1 | This is where I usually get blocked | 7/6/2016 2:24:12 AM |
| Victim 1 | Hacker_Net | IMAGE FILE SENT | 7/6/2016 2:24:20 AM |
| Victim 1 | Hacker_Net | IMAGE FILE SENT | 7/6/2016 2:24:26 AM |
| Victim 1 | Hacker_Net | Thats me | 7/6/2016 2:24:29 AM |
| Hacker_Net | Victim 1 | U r a little cutie | 7/6/2016 2:25:12 AM |
| Victim 1 | Hacker_Net | Thanks xD thats where i get blocked. Im not sure where the hotel is.. | 7/6/2016 2:25:51 AM |
| Hacker_Net | Victim 1 | I like thick young girls | 7/6/2016 2:26:20 AM |
| Hacker_Net | Victim 1 | Can u turn on ur GPS and take a screen shot of ur location to send me? | 7/6/2016 2:27:20 AM |
| Victim 1 | Hacker_Net | Sure. But im not sure if i can sneak out yet.. where exactly where would we go? | 7/6/2016 2:27:45 AM |
| Hacker_Net | Victim 1 | Well...I could just get a room in ur same hotel for us... | 7/6/2016 2:28:50 AM |
| Victim 1 | Hacker_Net | Oh, that would be helpful also.. im a Virgin, ive only ever had sex with a girl | 7/6/2016 2:29:26 AM |
| Hacker_Net | Victim 1 | Wow... | 7/6/2016 2:29:58 AM |
| Victim 1 | Hacker_Net | Yea... | 7/6/2016 2:30:10 AM |
| Hacker_Net | Victim 1 | That's pretty hot | 7/6/2016 2:30:22 AM |
| Victim 1 | Hacker_Net | Oh okay, I thought you wouldnt like it | 7/6/2016 2:30:41 AM |
| Victim 1 | Hacker_Net | IMAGE FILE SENT | 7/6/2016 2:30:49 AM |

9.    I have reviewed a photograph of CHAD THEODORE DILLON from the Florida Driver and Vehicle Information Database and can confirm that the image file sent by Hacker_Net on July 6, 2016 at 2:23:55 AM (UTC+0) is a photograph of a male

5

who appears to be CHAD THEODORE DILLON as depicted in his driver's license photographs. Further, Special Agent Edwards told me that the photograph sent in the image file matches the current appearance of CHAD THEODORE DILLON when she met him on July 20, 2016.

10. I reviewed the image file sent by Victim 1 on July 6, 2016 at 2:30:49 AM (UTC+0), which was a photograph of a Google maps location, which matched the location of a Comfort Suites in Kingsland, Georgia.

11. The messages between Hacker_Net and Victim 1 continue and Hacker_Net requests Victim 1 to "Send me a pic of ur [sic] naked." When Victim 1 resists, Hacker_Net tells Victim 1 to "Go in the bathroom and send me a tittie pic with ur face." Victim 1 responds that she can't because the bathroom is occupied. At 2:42:48 AM (UTC+0), Hacker_Net advised Victim 1 "I'm headed ur way now." Approximately 5 minutes later, Hacker_Net advised that he is "20min away." The conversation continues and, at 3:10:37 AM (UTC+0), Hacker_Net reports, "I'm here." There is additional conversation about where to meet.

12. At 3:33:42 AM (UTC+0), Hacker_Net sends Victim 1 an image file depicting the minor performing oral sex on an adult male in what appears from the background to be a motel room. Based upon my training and experience, I believe that the image transported depicts a minor engaging in sexually explicit conduct and, as such, is child pornography as defined in 18 U.S.C. § 2256(8).

13. At 3:49:35 AM (UTC+0), Hacker_Net messages Victim 1, "I had fun baby!" and some additional messages are exchanged.

14. On July 13, 2016, Hacker_Net messages Victim 1 again and solicits sex from her. Hacker_Net asks whether "U still have the pic of u Sucking my cock?" When Victim 1 says no, Hacker_Net sends the photograph described in paragraph 12 to Victim 1 again. In each instance, this image was transported using a means of interstate or foreign commerce, that is the Internet, using the Whisper messenger service.

15. On July 13, 2016 at 4:35:37 AM (UTC-+0), Hacker_Net sent a photograph of an adult penis to Victim 1, followed by a message, "Right now in bed thinking about fucking u" and then followed with another photograph that appears to be CHAD THEODORE DILLON without a shirt sitting on the lower bed of a bunk bed in what appears to be a dormitory room.

16. On August 2, 2016, I obtained records from CDA Technical Institute, which is a commercial diving school in Jacksonville, Florida, located at 91 Trout River Drive off of Main Street. I spoke with the Director of Campus Services at CDA Technical Institute who advised that CHAD THEODORE DILLON is enrolled as a student, has regularly attended classes, Monday through Friday, with the exception of holidays, and has paid to reside on campus in a dormitory room with bunk beds from May 31 through August 31, 2016.

17. Based on information provided by Victim 1 in the chat messages and the appearance of Victim 1 in photographs she sent to Hacker_Net, Special Agent Williams told me he was able to identify Victim 1. Photographs available on social media affiliated with Victim 1 match photographs provided by Victim 1 to Hacker_Net on July 6, 2016. According to Tennessee Department of Motor Vehicles, Victim 1 was born in 2000 and

was 15 years old in July 2016.

18. Based on the last name of Victim 1, Special Agent Williams obtained records from Comfort Inn and Suites at 1322 Hospitality Avenue in Kingsland, Georgia, confirming that a room was rented at the Comfort Inn and Suites in Kingsland, Georgia, in a woman's name matching Victim 1's last name. Motel records show that "Chad Dillon" also rented a room at the Comfort Inn and Suites in Kingsland, Georgia, for one night from July 5 through July 6, 2016.

## CONCLUSION

19. Based upon the foregoing facts, I have probable cause to believe that on or about July 6, 2016, CHAD THEODORE DILLON did, using a facility and means of interstate and foreign commerce, knowingly persuade, induce, entice and coerce a minor to engage in sexual activity, for which any person could be charged with a criminal offense, that is lewd and lascivious battery by engaging in sexual activity with a person 12 years of age or older but less than 16 years of age, in violation of Title 18, United States Code, Section 2422(b)and on or about July 13, 2016, did knowingly transport visual depictions involving the use of a minor engaging in sexually explicit

conduct, which visual depictions have actually been transported and transmitted using a means and facility of interstate commerce, that is, via the internet, in violation of Title 18, United States Code, Section 2252(a)(1).

_____
LAWRENCE S. MEYER
Special Agent
Federal Bureau of Investigation

Sworn to before me this
this 2nd day of August, 2016

_____
MONTE C. RICHARDSON
United States Magistrate Judge