# EXHIBIT A


SA# IWCFD41996

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

IN RE: APPLICATION FOR SEARCH
WARRANT OF A CELLULAR DEVICE
WITH ASSIGNED NUMBER,
850-499-2257

## AFFIDAVIT FOR SEARCH WARRANT

BEFORE ME, _Russell Healey_, Judge of the Fourth Circuit Court in and for Duval County, Florida, personally appeared Matthew Williams, a Special Agent of the Florida Department of Law Enforcement (FDLE), (hereinafter "Affiant") who being first duly sworn, deposes and says that:

Your Affiant, Matthew Williams, is a Sworn Special Agent with the Florida Department of Law Enforcement (hereinafter referred to as FDLE) and is currently assigned to the Pensacola, Florida office. Your Affiant has been employed with the Florida Department of Law Enforcement (FDLE) as a Special Agent for approximately two (2) months. Prior to being a Special Agent, your Affiant was employed as a Cybercrimes Investigator with the Walton County Sheriff's Office for four (4) years. Prior to the Walton County Sheriff's Office, your Affiant served as an investigator with the Office of the Attorney General's Child Predator Cyber Crime Unit for approximately 3 years. Your Affiant has conducted and/or assisted in over 100 investigations involving violations of Florida State Statutes. Your Affiant has the training, knowledge and experience in the field of computer crime investigations to make certain conclusions based upon the facts set forth herein as determining probable cause for the issuance of this search warrant.

Because this affidavit is being submitted for the limited purpose of securing authorization for the search and seizure of Chad Dillon's cellular device, your Affiant has set forth only the facts necessary to establish probable cause for a search warrant. Your Affiant is familiar with aspects of this investigation and on the basis of this familiarity and allege the facts contained herein to show as stated in the following paragraphs, THAT;

Your Affiant has reason to believe and does believe that certain evidence, to wit: electronic data, i.e. voice mail, phone book, internet search history, downloads, contacts, messages, emails, memo's, call forwarding, recent calls and photographs; tending to prove and support commission of a felony in Okaloosa County may be contained in the cellular telephone(s) described below:

**A cellular telephone with the assigned telephone number 850-499-2257 herein after referred to as "Target Telephone";** and said electronic data constitutes evidence of a violation of the laws of the State of Florida, to wit:

**§847.0135(3)(a) Online solicitation of a minor**
**§857.0138 Transmission of harmful material to a minor**
**§934.215 Unlawful use of a two-way communications device**

And that the facts tending to establish probable cause for this application are as follows:

On April 22, 2016, at approximately 9:00AM, Florida Department of Law Enforcement (FLDE) Special Agent Supervisor (SAS) Chuck McMullen, acting in an undercover role posing as a 13 year old boy, made a post with the "Whisper" application. The post, called a "Whisper", stated "Being 13 and being alone is just no fun at all". Within a few minutes, a Whisper user with the name "Ice_Whale" send SAS McMullen a private message that stated "R u m or f?", which initiated a conversation within the Whisper app between "Ice_Whale" and SAS McMullen. During the conversation, "Ice_Whale" solicited who he believed to be a thirteen (13) year old boy for sexual acts including oral and anal sex.

Beginning at 9:56AM on April 22, 2016, the communication between SAS McMullen and "Ice_Whale" changed to text messaging. SAS McMullen was utilizing the number 850-391- 4088 and "Ice_Whale" was using the number 251-616-1221, which "Ice_Whale" provided from the communication via Whisper listed above.
SAS McMullen determined that the number 251-616-1221, which was utilized by "Ice_Whale" during the communication with SAS McMullen, is a Voice over Internet Protocol (VoIP) and was assigned to "Pinger". Pinger's application, Textfree, is a

2

proprietary, cross-platform texting and calling application for smartphones. Textfree allows users to obtain a phone number and use VoIP to send and receive text messages.

On April 25, 2016, SAS McMullen issued a subpoena to Pinger requesting information on the number 251-616-1221. On April 26, 2016, SAS McMullen received a response from Pinger. Pinger provided detailed IP logs for the requested date, April 22, 2016. SAS McMullen reviewed the detailed IP logs provided by Pinger and determined that two IP addresses assigned to Verizon Wireless were listed as frequent IP's utilized to access the Pinger account. The IP's 70.196.143.39 was documented from April 22, 2016 @ 11:55:40 UTC through April 22, 2016 @ 16:16:47 UTC. Pinger also provided the additional IP of 70.196.131.189 which was documented on April 23, 2016 @ 12:48:26 UTC through April 23, 2016 @ 21:46:51 UTC.

On April 27, 2016, SAS McMullen issued a subpoena to Verizon Wireless requesting any and all records regarding the identification of account holder(s) assigned to the below IP addresses at the listed date and time: 70.196.143.39 on April 22, 2016 @ 11:55:40 UTC through April 22, 2016 @ 16:16:47 UTC and 70.196.131.189 on April 23, 2016 @ 12:48:26 UTC through April 23, 2016 @ 21:46:51 UTC.

SAS McMullen then reviewed the subpoena response submitted by Verizon and compared the two spreadsheets provided by Verizon. SAS McMullen determined that the cellular number (850) 499-2257 was documented as being assigned the IP 70.196.143.39 eleven (11) times on April 22, 2016 and IP 70.196.131.189 fourteen (14) times on April 23, 2016.

On April 27, 2016, SAS McMullen issued a subpoena to Cox Communication requesting any and all records regarding the identification of account holder(s) assigned to the IP addresses at the listed date and time: IP 98.183.18.196 from April 22, 2016 @ 17:21:56 UTC through April 22, 2016 @ 20:32:46 UTC and April 23, 2016 @ 11:22:11 UTC through April 23, 2016 @ 11:30:42 UTC.

On May 11, 2016, SAS McMullen received a response from Cox Communication. According to Cox Communication, the IP 98.183.18.196 was assigned to the below listed account holder between the dates of June 3, 2015, and May 12, 2016:

Chad Dillon
6317 Havenmist Ln
Crestview, FL 32536
(850) 398-5184 (Home)
(850) 499-2257 (Other)

On May 12, 2016, SAS McMullen determined that the number (850) 499-2257, which was listed as an "Other" contact phone number on the above listed Cox Communications account, was a Verizon cell phone number.

On May 16, 2016, your Affiant served a warrant to Verizon Wireless for cell site data and other customer subscriber records for cellular phone number 850-499-2257. On May 17, 2017, your Affiant received a response from Verizon Wireless. The telephone number 850-499-2257 was assigned to Tammie Dillon, 6317 Havenmist Lane, Crestview, Florida 32536. Your Affiant was able to determine that Tammie Dillon is married to Chad Dillon.

Your Affiant was able to view Chad Dillon's publicly available Facebook profile and read a post that indicated he applied for a commercial diving school that began on May 31, 2016. Your affiant viewed another post on Chad Dillon's Facebook page which showed a location of Jacksonville, Florida.

On July 14, 2016, your Affiant obtained a Pen Register order to obtain geo-location information for Verizon Wireless telephone number 850-499-2257. Based on Verizon Wireless records on July 18, 2016, the cellular telephone number 850-499-2257 connected to a cell tower located in Jacksonville, Duval County, Florida.

Your Affiant knows that cellular telephone devices, such as the target telephone, often maintain information of evidentiary value, such as precision GPS data and other geographical identifying information, dialed and received telephone calls, text message

4

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL
CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

**SEARCH WARRANT**

IN THE NAME OF THE STATE OF FLORIDA

TO: The Executive Director of the Florida Department of Law Enforcement or any of his duly constituted agents.

WHEREAS, complaint on oath and in writing, supported by affidavit, having been made this date before the undersigned, and said affidavit being incorporated herein,

AND WHEREAS, said facts made known to me have caused me to find there is probable cause to believe that certain laws have been violated in or about or by means of certain computer equipment, or that evidence of, or evidence relevant to proving a violation of certain laws is contained within and together with said computer equipment and data described hereinafter, and is now located on certain premises in Duval County, Florida, being known and described as follows:

(1) The cellular telephone with an assigned telephone number 850-499-2257 currently in the possession of Chad Dillon located in Jacksonville, Duval County, Florida.

WHEREAS, said Affidavit and the facts made known to and considered by me have caused me to certify and find that there exists probable cause to believe that the laws of the State of Florida relating to the felony crime(s) of **Online solicitation of a minor, 847.0135(3)(a), Transmission of harmful material to a minor, 847.0138, Unlawful use of a two-way communications device, 934.215.** The request for a search warrant is authorized pursuant to 933.02, Florida Statutes.

NOW THEREFORE, you, with such lawful assistance as may be necessary, are hereby commanded, to search said Cellular telephone previously described, and you are hereby authorized to seize and secure all data contained within the cellular telephone, including, but not limited to, any and all electronic data, i.e. voice mail, internet search history, emails, phone book, downloads contacts, messages, memos, call forwarding, recent call logs, photographs, and installed applications, relating to said violations of Chapters 847.0135(3)(a), 847.0138, and 934.215 Florida Statute, giving proper receipt therefor and delivering a completed copy of this warrant to the person in control of the property, or in the absence of any such person, leaving a completed copy where the items are found, and making a return of your doings under this warrant within ten (10) days of the date hereof and you are further directed to bring a Return and Inventory of said property so found before the Court having jurisdiction of this offense to be used in the prosecution of persons violating this offense and thereafter to be disposed of according to law. The Court is aware that the recovery of data and digital evidence by a computer forensic analyst takes significant time. For this reason, the "return" inventory will be satisfied by a list of only the tangible items seized.

WITNESS my hand and seal this __19__ day of __July__, 2016.

_____
COUNTY/CIRCUIT JUDGE

JUL 2 0 2016

## SEARCH WARRANT INVENTORY AND RETURN

Received this Search Warrant at Jacksonville, Duval County, Florida, on this 19th day of July, 2016 and executed and served the same on this 20th day of July, 2016, by delivering a copy of the same to: Chad Dillon

See attached for inventory list.

I, Special Agent Matthew Williams, having participated in the execution of this warrant, do swear that the attached inventory contains true and detailed account of all the property and apparatus taken by me on said warrant.

_____
Special Agent Matthew Williams, Affiant
Florida Department of Law Enforcement


SWORN TO and subscribed before me this
20th day of July, 2016.

_____
Circuit/County Judge

## INVENTORY/RETURN

JUL 2 0 2016

**FDLE**
Florida Department of
Law Enforcement

IN THE COUNTY/CIRCUIT COURT OF THE
__4th__ JUDICIAL CIRCUIT, __Duval__ COUNTY, FLORIDA

| Case Number: PE-20-0069 | Affiant: Matthew Williams | Date Executed: 7/20/16 |

| Exhibit # | Description | Found By |
|---|---|---|
| 1 | Samsung S7 Model# SM-G930V | M. Williams |

Page __1__ of __1__

WHITE - COURT          CANARY - AGENCY          PINK - LEAVE AT SCENE