UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
8.2.16

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.  CASE NO. 3:16-mj- 1198-MCR

CHAD THEODORE DILLON

## MOTION FOR CAPIAS

The United States of America, by A. Lee Bentley, III, United States Attorney for the Middle District of Florida, moves this Court to issue a capias for CHAD THEODORE DILLON, against whom a complaint was filed in the Jacksonville Division of the Middle District of Florida.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By: _____
KELLY S. KARASE
Assistant United States Attorney
USAO No. 134
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6301
(904) 301-6300
Facsimile: (904) 301-6310
E-mail: Kelly.karase@usdoj.gov