AO 442 (Rev. 11/11) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

2016 AUG -8 PM 1:48

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:16-mj- 1198-MCR |
| Chad Theodore Dillon | ) | |
| *Defendant* | ) | |

RECEIVED U.S. MARSHAL
M/FL JACKSONVILLE
2016 AUG -3 AM 8:2

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested),*   CHAD THEODORE DILLON,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: Coercion and enticement, in violation of 18 U.S.C. § 2422(b), and transportation of child pornography, in violation of 18 U.S.C. §§ 2252(a)(1) and 2252(b)(1).

Date: 8/2/16

*Issuing officer's signature*

City and state:   Jacksonville, Florida

SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)*   8-3-2016  , and the person was arrested on *(date)*   8-3-2016

at *(city and state)*   Jacksonville, FL   .

Date: 8/3/2016

*Arresting officer's signature*

LAWRENCE S. MOYER, SA FBI
*Printed name and title*