UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
8-17-16
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

CHAD THEODORE DILLON
  a/k/a "Cory"
  a/k/a "Cory Harris"

| | |
|---|---|
| CASE NO. | 3:16-cr-112-J-32JBT |
| Ct. 1: | 18 U.S.C. § 2422(b) |
| Ct. 2: | 18 U.S.C. § 2423(b) |
| Ct. 3: | 18 U.S.C. §§ 2251(a) and 2251(e) |
| Ct. 4: | 18 U.S.C. §§ 2252(a)(1) and 2252(b)(1) |
| Ct. 5: | 18 U.S.C. § 2422(b) |
| Cts. 6-8: | 18 U.S.C. §§ 2251(d)(1)(A), (2)(B) and 2251(e) |
| Cts. 9-11: | 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) |
| Forfeiture: | 18 U.S.C. § 2428 and 18 U.S.C. § 2253 |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Coercion and Enticement of a Minor)

On or about July 6, 2016, in Duval County, in the Middle District of Florida, and elsewhere,

CHAD THEODORE DILLON,
a/k/a "Cory,"
a/k/a "Cory Harris,"

defendant herein, using a facility of interstate commerce, did knowingly and willfully persuade, induce, entice, and coerce an individual who had not reached the age of

18 years, to engage in any sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO
### (Travel with Intent to Engage in Illicit Sexual Conduct)

On or about July 6, 2016, in Duval County, in the Middle District of Florida, and elsewhere,

**CHAD THEODORE DILLON,**
a/k/a "Cory,"
a/k/a "Cory Harris,"

defendant herein, did knowingly travel in interstate commerce for the purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f).

All in violation of Title 18, United States Code, Section 2423(b).

## COUNT THREE
### (Production of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct)

On or about July 6, 2016, in Duval County, in the Middle District of Florida, and elsewhere,

**CHAD THEODORE DILLON,**
a/k/a "Cory,"
a/k/a "Cory Harris,"

defendant herein, did employ, use, persuade, induce, entice and coerce a minor to engage in any sexually explicit conduct for the purpose of producing a visual

depiction of such conduct, which visual depiction was produced using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT FOUR
### (Transportation of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct)

On or about July 13, 2016, at 4:30:20 a.m. (UTC+0) in Duval County, in the Middle District of Florida, and elsewhere,

CHAD THEODORE DILLON,
a/k/a "Cory,"
a/k/a "Cory Harris,"

defendant herein, did knowingly transport and ship a visual depiction using a means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the file titled, "5478a546-c18d-4ae9-a126-d30039335202."

In violation of Title 18, United States Code, Sections 2252(a)(1) and 2252(b)(1).

## COUNT FIVE
### (Attempted Coercion and Enticement of a Minor)

Between on or about July 12, 2016 and on or about July 14, 2016, in Duval County, in the Middle District of Florida,

**CHAD THEODORE DILLON,**
a/k/a "Cory,"
a/k/a "Cory Harris,"

defendant herein, using a facility of interstate commerce, did knowingly and willfully attempt to persuade, induce, entice, and coerce an individual who had not reached the age of 18 years, to engage in any sexual activity for which a person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT SIX
### (Publishing a Notice Seeking a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct)

On or about July 12, 2016, at 11:47:31 p.m. (UTC+0), in Duval County, in the Middle District of Florida,

**CHAD THEODORE DILLON,**
a/k/a "Cory,"
a/k/a "Cory Harris,"

defendant herein, did knowingly make, print and publish, and cause to be made, printed, and published, a notice and advertisement seeking and offering to receive visual depictions, the production of which visual depictions involve the use of a minor engaging in sexually explicit conduct and which depictions are of such conduct, that is, a notice and advertisement stating, "Show daddy ur sexy n wet

4

p****... try and get ur face in the pic if u can...if not it's ok," and such notice and advertisement was transported using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), and 2251(e).

### COUNT SEVEN
### (Publishing a Notice Seeking a Visual Depiction
### of a Minor Engaging in Sexually Explicit Conduct)

On or about July 12, 2016, at 11:49:09 p.m. (UTC+0), in Duval County, in the Middle District of Florida,

CHAD THEODORE DILLON,
a/k/a "Cory,"
a/k/a "Cory Harris,"

defendant herein, did knowingly make, print and publish, and cause to be made, printed, and published, a notice and advertisement seeking and offering to receive visual depictions, the production of which visual depictions involve the use of a minor engaging in sexually explicit conduct and which depictions are of such conduct, that is, a notice and advertisement stating, "Hmmm...I can't wait to lick ur sweet wet p****...send me a pic with ur fingers inside ur p****," and such notice and advertisement was transported using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), and 2251(e).

## COUNT EIGHT
### (Publishing a Notice Seeking a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct)

On or about July 13, 2016, at 3:20:57 a.m. (UTC+0), in Duval County, in the Middle District of Florida,

CHAD THEODORE DILLON,
a/k/a "Cory,"
a/k/a "Cory Harris,"

defendant herein, did knowingly make, print and publish, and cause to be made, printed, and published, a notice and advertisement seeking and offering to receive visual depictions, the production of which visual depictions involve the use of a minor engaging in sexually explicit conduct and which depictions are of such conduct, that is, a notice and advertisement stating, "Send me another pic or ur sexy p**** with ur brush inside," and such notice and advertisement was transported using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (2)(B), and 2251(e).

6

## COUNT NINE
### (Receipt of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct)

On or about July 12, 2016, at 11:48:06 p.m. (UTC+0), in Duval County, in the Middle District of Florida,

CHAD THEODORE DILLON,
a/k/a "Cory,"
a/k/a "Cory Harris,"

defendant herein, did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the file titled, "ed285ac9-db89-4ed7-931f-ea6dbecdb00c."

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT TEN
### (Receipt of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct)

On or about July 12, 2016, at 11:51:43 p.m. (UTC+0), in Duval County, in the Middle District of Florida,

CHAD THEODORE DILLON,
a/k/a "Cory,"
a/k/a "Cory Harris,"

defendant herein, did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, the production of which involved the

use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the file titled, "7243c002-4058-4bd7-ad60-482fd527beb8."

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT ELEVEN
### (Receipt of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct)

On or about July 13, 2016, at 3:21:32 a.m. (UTC+0), in Duval County, in the Middle District of Florida,

> CHAD THEODORE DILLON,
> a/k/a "Cory,"
> a/k/a "Cory Harris,"

defendant herein, did knowingly receive a visual depiction using a means and facility of interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, which visual depiction was of such conduct, and which visual depiction is specifically identified in the file titled, "604f19b4-a7bb-4ac6-9c72-3d8f45447c5e."

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

8

## **FORFEITURE**

1.   The allegations contained in Counts One through Eleven of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2428, and Title 18, United States Code, Section 2253.

2.   Upon conviction of a violation of Title 18, United States Code, Section 2422(b) and/or Title 18, United States Code, Section 2423, the defendant, CHAD THEODORE DILLON, a/k/a "Cory," a/k/a "Cory Harris," shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, an property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense; and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense.

3.   Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Sections 2251(a) and/or 2251(d)(1)(A) and (2)(B), the defendant, CHAD THEODORE DILLON, a/k/a "Cory," a/k/a "Cory Harris," shall forfeit to the United States of America, any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, and/or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; any property, real or personal, constituting or traceable to gross

profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), and as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL,

*[signature]*
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: *[signature]*
KELLY S. KARASE
Assistant United States Attorney

By: *[signature]*
MAC D. HEAVENER
Assistant United States Attorney
Deputy Chief, Jacksonville Division

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CHAD THEODORE DILLON
a/k/a "Cory"
a/k/a "Cory Harris"

## INDICTMENT

| Violations: | | |
|---|---|---|
| | Ct. 1: | 18 U.S.C. § 2422(b) |
| | Ct. 2: | 18 U.S.C. § 2423(b) |
| | Ct. 3: | 18 U.S.C. §§ 2251(a) and 2251(e) |
| | Ct. 4: | 18 U.S.C. §§ 2252(a)(1) and 2252(b)(1) |
| | Ct. 5: | 18 U.S.C. § 2422(b) |
| | Cts. 6-8: | 18 U.S.C. §§ 2251(d)(1)(A), (2)(B) and 2251(e) |
| | Cts. 9-11: | 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) |

A true bill,

_____
Foreperson

Filed in open court this 17th day of August, 2016.

_____
Clerk

Bail  $_____