FILED IN OPEN COURT
8-17-2016
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO. 3:16-cr-112-J-32JBT

CHAD THEODORE DILLON
a/k/a "Cory"
a/k/a "Cory Harris"

### NOTICE OF ACCEPTANCE OF GENERAL DISCOVERY

Defendant, CHAD THEODORE DILLON, by and through his undersigned counsel, hereby gives notice of his acceptance of general discovery pursuant to the Court's Standing Order regarding discovery.

By: _____
Attorney for Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Kelly S. Karase, Assistant United States Attorney, 300 North Hogan Street, Suite 7-100, Jacksonville, Florida 32202-4270, by hand, this 17 day of August, 2016.

_____
Attorney