UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                           Case No. 3-16-CR-112-J-32JBT

CHAD THEODORE DILLON
_____/

DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE SENTENCING

   Defendant, **CHAD THEODORE DILLON**, pursuant to Rule 32, Federal Rules of Criminal Procedures and Local Rule 3.09, Rules of the United States District Court for the Middle District of Florida, requests this Court continue the sentencing hearing in this cause for the following reasons:

1. Defendant entered a plea of guilty pursuant to a written plea agreement on January 17, 2017. (Doc. Nos. 33 and 35).

2. This court accepted the plea of guilty on January 19, 2017 and scheduled the sentencing hearing for April 18, 2017. (Doc. No. 38).

3. After reviewing the initial presentence investigation report and the guideline calculations, the undersigned counsel has determined that Defendant should undergo testing and evaluation for possible mitigation.

4. In order to accomplish the testing and evaluation, the undersigned counsel requests a continuance of the sentencing for a period of ninety (90) days.

5. Kelly Karase, Assistant United States Attorney, on behalf of the government does not oppose the continuance; however, she has advised counsel that the mother of one of the victims wishes to be present but is unavailable on Tuesdays.

**WHEREFORE**, defendant moves for a continuance of the sentencing hearing for the above stated reasons.

## MEMORANDUM

Local Rule 3.09 provides that a continuance may be allowed by Order of the Court for good cause shown. The defendant suggests the foregoing constitutes good cause for the requested continuance.

Rule 32, Federal Rules of Criminal Procedures provides that the sentencing hearing should be held without unnecessary delay. A continuance, in this instance, will not delay the sentencing process, unnecessarily.

Respectfully submitted,

DONNA LEE ELM
FEDERAL PUBLIC DEFENDER


*s/ Maurice C. Grant, II*
Maurice C. Grant, II
Assistant Federal Public Defender
Florida Bar No. 791806
200 West Forsyth, Suite 1240
Jacksonville, Florida 32202
Telephone: (904) 232-3039
Fax: (904) 232-1937
E-mail: Maurice_Grant@fd.org

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this *4th* day of *April 2017*, a true copy of the foregoing was served by *electronic court filing system* to Kelly Karase, Assistant United States Attorney, Office of the United States Attorney, 300 North Hogan, Suite 700, Jacksonville, Florida 32202 and by e-mail to Joshua C. Blakely, United States Probation Office, 300 N. Hogan Street, Room 600, Jacksonville, Florida 32202.

*s/ Maurice C. Grant, II*
Maurice C. Grant, II