UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                  CASE NO. 3:16-cr-112-J-32JBT

CHAD THEODORE DILLON
  a/k/a "Cory," a/k/a "Cory Harris"

### UNITED STATES' MOTION TO CONTINUE SENTENCING

The United States of America, by W. Stephen Muldrow, Acting United States Attorney for the Middle District of Florida, and through the undersigned Assistant United States Attorney, moves for a brief continuance of the sentencing presently scheduled for July 27, 2017, at 10:00 a.m., on the following grounds:

1. Upon Defendant's Unopposed Motion to Continue Sentencing (Doc. 41), the sentencing was continued to July 27, 2017 (Doc. 42).

2. The basis for the continuance was for Defendant Dillon to undergo testing and evaluation for possible mitigation.

3. When the undersigned inquired as to whether a report has been prepared in connection for the evaluation, counsel for Dillon advised that he had not received it yet and did not expect it until July 20, 2017.

4.	According to the guideline calculations by United States Probation, with which the United States agrees and to which Defendant Dillon has not objected to date, Defendant Dillon is facing a guideline imprisonment term of life imprisonment.

5.	The United States will require additional time to review and respond to any mitigation materials prepared in connection with the evaluation of Defendant Dillon.

6.	Further, the undersigned has a personal obligation that requires out-of-the district travel for the week of July 22, 2017.

7.	The undersigned has conferred with counsel for Defendant Dillon, Maurice C. Grant, II, who has advised he does not oppose a continuance of this matter and indicated that, depending on the materials he receives, he may not be prepared to proceed as currently scheduled. Defendant Dillon is currently in custody.

8.	In light of the foregoing, the United States requests a brief continuance of the sentencing. The United States submits a continuation of approximately two weeks should suffice assuming the receipt of materials on or around July 20, 2017. The United States renews the request contained in Doc. 41 that the sentencing not be scheduled on a Tuesday as the mother of one of

the victims is unavailable on Tuesdays. Further, the undersigned is unavailable on August 17, 2017, and asks the Court not reset the sentencing for that date.

9. Local Rule 3.09 provides for a continuance for good cause. Given the afore-mentioned scheduling conflict, the brief continuance requested and the lack of opposition from the defendant, the United States submits that good cause has been shown to continue the sentencing.

WHEREFORE, the United States respectfully requests that the Court continue the sentencing hearing to as set forth above.

        Respectfully submitted,

        W. STEPHEN MULDROW
        Acting United States Attorney

BY:   */s/ Kelly S. Karase*
        KELLY S. KARASE
        Assistant United States Attorney
        AUSA No. 134
        300 North Hogan Street, Suite 700
        Jacksonville, Florida 32202-4270
        Telephone:   (904) 301-6300
        Facsimile:     (904) 301-6310
        E-Mail: kelly.karase@usdoj.gov

**U.S. v. CHAD THEODORE DILLON    Case No. 3:16-cr-112-J-32JBT**

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Maurice C. Grant II, Esq.

                                            */s/ KELLY S. KARASE*
                                            KELLY S. KARASE
                                            Assistant United States Attorney
                                            USA No. 134
                                            300 N. Hogan Street, Suite 700
                                            Jacksonville, Florida 32202
                                            Telephone:   (904) 301-6300
                                            Facsimile:   (904) 301-6310
                                            E-mail:      kelly.karase@usdoj.gov