**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                                   CASE NO. 3:16-cr-112-J-32JBT

CHAD THEODORE DILLON

_____

**ORDER**

This case is before the Court on United States' Motion to Continue Sentencing (Doc. 43).  The defendant does not oppose the Motion.  Accordingly, it is now

**ORDERED:**

The Motion (Doc. 43) is **GRANTED.**  Defendant's sentencing scheduled for July 27, 2017, is <u>rescheduled</u> to **September 6, 2017 at 10:00 a.m.,[1]** before the undersigned in Courtroom No. 10D, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida.  **The Court notifies any defendant currently on pretrial release that pursuant to 18 U.S.C. §3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence.  However, notwithstanding this provision, pursuant to 18 U.S.C. §3145(c), the Court may allow an otherwise qualified defendant to voluntarily surrender for "exceptional reasons."**

---

[1]The Court has reserved **two (2) hour** for this sentencing hearing.  Should the parties believe it will require more than two hours to complete the sentencing hearing, they should contact the undersigned's courtroom deputy, Marielena Diaz, at (904) 549-1303, as soon as possible to advise of their estimate of the length of time required for this hearing.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED <u>NO LATER THAN THREE (3) WORKING DAYS PRIOR TO THE DATE OF SENTENCING</u>.

**NOTE: <u>The parties are advised (and should advise their witnesses) that photo identification is required to enter the United States Courthouse.  Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of proof of membership in The Florida Bar or an Order of special admission pro hac vice.</u>**[2]

**DONE AND ORDERED** in Jacksonville, Florida, this 10th day of July, 2017.

_____
TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Kelly Karase, AUSA
Maurice C. Grant, II, AUSA
U.S. Probation
U.S. Pretrial Services
U.S. Marshals Service
Defendant

---

[2] Cell phones must be turned off while in the courtroom.

2