# UNITED STATES' EXHIBITS 1&2

# FILED UNDER SEAL