UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 3:16-cr-112-J-32JRK

CHAD THEODORE DILLON
 a/k/a "Cory," a/k/a "Cory Harris"

## DECLARATION OF PUBLICATION

The United States of America hereby declares under penalty of perjury that notice of this criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on September 25, 2017.  *See* Attachment 1.  Federal Rule of Criminal Procedure 32.2(b)(6)(C) incorporates the provisions of Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, as the means of publication in a criminal forfeiture case.

Executed on December 6, 2017.

Respectfully submitted,

W. STEPHEN MULDROW
Acting United States Attorney

By:   *s/ Bonnie A. Glober*
BONNIE A. GLOBER
Assistant United States Attorney
Florida Bar No. 0748307
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310
E-mail:   bonnie.glober@usdoj.gov